IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WAMCO XXX, LTD. | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1-04-1340-T |
| | ) |
| XS INCORPORATED, | ) |
| RONALD L. BOYD, and | ) |
| GLENDA BOYD | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the plaintiff's Motion for Enlargement Of Time In Which To Submit Additional Information. Plaintiff's motion is GRANTED. Plaintiff is hereby ORDERED to submit, by August 18, 2005, documentation of the amount currently due under the note and the amount of interest accruing per day. Plaintiff may also submit, by August 18, 2005, evidence of additional attorney fees and expenses actually incurred in this matter.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

12 August 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  8/16/05

APPROVED FOR ENTRY BY:

NEAL & HARWELL, PLC

By: _____
James R. Kelley, #5525

150 Fourth Avenue North
Suite 2000
Nashville, Tennessee 37219
(615) 244-1713

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to L. L. Harrell, Jr., Esq., HARRELL & HARRELL, 110 NW Court Square, Trenton, Tennessee 38382-1895, via first-class mail, on this the 11th day of August, 2005.

_____

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:04-CV-01340 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

James R. Kelley
NEAL & HARWELL, PLC
150 Fourth Avenue, North
Suite 2000
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT