IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |  |
|---|---|---|
| WAMCO XXX, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-1340-T/An |
| | ) | |
| XS INCORPORATED, RONALD L. BOYD and GLENDA BOYD, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On July 29, 2005, the Court issued an order granting summary judgment to the plaintiff, Wamco XXX, Ltd., in this action to collect on a defaulted promissory note. The Court also ordered the plaintiff to submit updated evidence regarding the current amount due under the note and the amount of attorney fees incurred. On August 18, 2005, plaintiff submitted the affidavit of Gary R. Bohon, Assistant Vice President of FirstCity Servicing Corporation, which services the note in question for the plaintiff.

In his affidavit, Mr. Bohon indicates that as of August 4, 2005, the unpaid principal and accrued interest on the note was $245,740.64. Interest continues to accrue at the rate of $35.51 per day, for additional interest of $532.65 through the date of judgment. Mr. Bohon also indicates that plaintiff has incurred attorney fees totaling $3,713.00.

In accordance with the order of July 29, 2005, judgment will be entered in favor of plaintiff Wamco XXX, Ltd. against defendants XS Incorporated, Ronald L. Boyd and Glenda Boyd, jointly and severally, in the amount of $246,273.29 in unpaid principal and accrued interest on the note, plus $3,713.00 in attorney fees, for a total judgment of $249,986.29. The Clerk of Court is directed to prepare a judgment.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_19 August 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:04-CV-01340 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

James R. Kelley
NEAL & HARWELL, PLC
150 Fourth Avenue, North
Suite 2000
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT