# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



## JUDGMENT IN A CIVIL CASE

WAMCO XXX, LTD,

v.

XS INCORPORATED, ETAL.,            CASE NUMBER:   1:04-1340-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the orders entered in the above-styled matter on 7/29/05 and 8/19/05, judgment is hereby entered in favor of the plaintiff, Wamco XXX, Ltd., against the defendants, XS Incorporated, Ronald L. Boyd and Glenda Boyd, jointly and severally, in the amount of $246,273.29 in unpaid principal and interest, plus attorney fees of $3,713.00, for a total judgment of $249,986.29.

APPROVED:

_/s/ James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

8/19/05                 BY:   _C. Heid_
DATE                          DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01340 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

James R. Kelley
NEAL & HARWELL, PLC
150 Fourth Avenue, North
Suite 2000
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT